No. 632. THE ROSARIO MINING AND MILLING COMPANY, A CORPORATION, PETITIONER, *v.* CHARLES W.

CLARK. October 17, 1910. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Ninth Circuit denied. *Mr. John A. Goodrich* for petitioner. *Mr. Walter M. Bickford* for respondent.

